IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **VINCENT A. AMBROSETTI**, <br><br> Plaintiff, <br><br> v. <br><br> **OREGON CATHOLIC PRESS**, and **BERNADETTE FARRELL**, <br><br> Defendants. | Case No. 3:21-cv-00211-AR <br><br> **JUDGMENT** |

Based on this Court's Opinion and Order, ECF 119, **IT IS ADJUDGED** that this case and the consolidated action (Case No. 3:19-cv-01397-AR) are DISMISSED with prejudice.

DATED this 13th day of March, 2024.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge