Donald J. Schmid, *admitted pro hac vice*
schmid@donaldschmidlaw.com
Law Offices of Donald J. Schmid LLC
1251 N. Eddy Street, Suite 200
South Bend, Indiana 46617
Telephone: (574) 993-2280

Parna A. Mehrbani, OSB No. 053235
Email: parna.mehrbani@tonkon.com
Direct Dial: 503-802-2170
Stephanie J. Grant, OSB No. 154957
Email: stephanie.grant@tonkon.com
Tonkon Torp LLP
888 SW Fifth Avenue, 16th Floor
Portland, OR 97204

    *Attorneys for Plaintiff*
    *Vincent A. Ambrosetti*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| VINCENT A. AMBROSETTI,<br><br>    Plaintiff,<br><br>v.<br><br>OREGON CATHOLIC PRESS AND BERNADETTE FARRELL,<br><br>    Defendants. | Case No.: 3:21-cv-00211-IM<br><br>NOTICE TO COURT RE PLAINTIFF'S MOTION TO LIFT ATTORNEYS EYES ONLY DESIGNATION FOR FOUR TRIAL EXHIBITS |

NOTICE TO COURT RE PLAINTIFF'S MOTION TO LIFT ATTORNEYS EYES
ONLY DESIGNATION FOR FOUR  TRIAL EXHIBITS- 1

COMES NOW Plaintiff Vincent A. Ambrosetti, by undersigned counsel, to provide notice to the Court pursuant to the Court's Order (ECF 207: "The parties must confer and provide the Court with an update on the pending motion to lift protective order designations by Wednesday, March 4, 2026").

Pursuant to the Court's directive and order at the Pretrial Conference, the parties conferred regarding the issue of the "Attorneys' Eyes Only" designation by defendants with respect to trial exhibits (27, 28, 255, 275) and plaintiff's request to lift that designation given their listing as trial exhibits.

The parties negotiated through late Wednesday March 4, 2026 but were unable to reach a compromise agreement on the matter.

Thus, a ruling on Plaintiff's motion by the Court is needed and is requested as soon as reasonably possible.

NOTICE TO COURT RE PLAINTIFF'S MOTION TO LIFT ATTORNEYS EYES ONLY DESIGNATION FOR FOUR TRIAL EXHIBITS- 2

Dated: March 4, 2026

                                                Respectfully submitted,

                                                Law Offices Of Donald J. Schmid LLC

                                                   /s/  *Donald J. Schmid*
                                                        Donald J. Schmid

                                                1251 N. Eddy St., Ste200
                                                South Bend, Indiana 46617
                                                E-mail: schmid@donaldschmidlaw.com
                                                Phone: (574) 993-2280

                                                Parna A. Mehrbani, OSB No. 053235
                                                Email: parna.mehrbani@tonkon.com
                                                Direct Dial: 503-802-2170
                                                Stephanie J. Grant, OSB No. 154957
                                                Email: stephanie.grant@tonkon.com
                                                Tonkon Torp LLP
                                                888 SW Fifth Avenue, 16th Floor
                                                Portland, OR 97204

                                                *Attorneys for Plaintiff Vincent A. Ambrosetti*

NOTICE TO COURT RE PLAINTIFF'S MOTION TO LIFT ATTORNEYS EYES ONLY DESIGNATION FOR FOUR  TRIAL EXHIBITS- 3