Donald J. Schmid (admitted *pro hac vice*)
Law Offices of Donald J. Schmid LLC
1251 N. Eddy Street, Suite 200
South Bend, Indiana 46617
Telephone: (574) 993-2280

Parna A. Mehrbani, OSB No. 053235
parna.mehrbani@tonkon.com
Stephanie J. Grant, OSB No. 154957
stephanie.grant@tonkon.com
Tonkon Torp LLP
888 SW Fifth Avenue, 16th Floor
Portland, OR 97204
Telephone: (503) 221-1440

*Attorneys for Plaintiff*

Michael Willes, OSB No. 141806
michael@willes-law.com
WILLES LAW, P.C.
1120 SE Madison Street
Portland, OR 97214
Telephone: (971) 803-2995

Joshua L. Simmons (admitted *pro hac vice*)
joshua.simmons@kirkland.com
Jeremy King (admitted *pro hac vice*)
jeremy.king@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

Miranda D. Means (admitted *pro hac vice*)
miranda.means@kirkland.com
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 385-7500

Yungmoon Chang (admitted *pro hac vice*)
yungmoon.chang@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
Phone: 310-552-4200

*Attorneys for Defendants Oregon Catholic Press
and Bernadett Farrell*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| VINCENT A. AMBROSETTI,<br><br>Plaintiff,<br><br>v.<br><br>OREGON CATHOLIC PRESS AND<br>BERNADETTE FARRELL<br><br>Defendants. | Case No.: 3:21-cv-00211-IM<br><br><br>**JOINT TRIAL EXHIBIT LIST** |

Plaintiff Vincent Ambrosetti ("Plaintiff") and Defendants Oregon Catholic Press and Bernadette Farrell (together "Defendants") submit the below Joint Trial Exhibit List.

| No. | Description | Stipulated | Objs. | Pre-Admit<br>*Court Use* | Ident.<br>*Court Use* | Admit.<br>*Court Use* |
|---|---|---|---|---|---|---|
| **PLAINTIFF'S TRIAL EXHIBITS** | | | | | | |
| 1 | Emmanuel sheet music | Stipulated | | ✓ | | |
| 2 | CBOL sheet music | Stipulated | | ✓ | | |
| 3 | 2020 Certificate of Copyright Registration EMMANUEL | Stipulated | | ✓ | | |
| 4 | Music notes comparison Emmanuel and CBOL bars 1-12 | | Not Evidence, Improper Summary FRE 1006, 403, Cumulative | **Demo only** | | |
| 5 | Recording Emmanuel followed by CBOL Bars 1-12 (piano only) | | Exhibit combines multiple documents and must break them up, Not Evidence, FRE 403 | ✓ | | |
| 6 | Emmanuel printed sheet music examples | Stipulated | | ✓ | | |
| 7 | I Will Sing flyer ILP Fall 1986 | Stipulated | | ✓ | | |
| 8 | Ambrosetti collections including Emmanuel | | Relevance FRE 401, FRE 403, Exhibit Description Incorrect | Reserved Ruling | | |
| 9 | Cease and desist ltr [sic] Aug 18 2019 to Wisler OCP | | Relevance FRE 401, FRE 403, Hearsay FRE 802 | **X** | | |

| No. | Description | Stipulated | Objs. | Pre-Admit *Court Use* | Ident. *Court Use* | Admit. *Court Use* |
|-----|-------------|------------|-------|-----------------------|--------------------|--------------------|
| 10 | Mar 30 1994 OCP BF agreement | Stipulated | | ✓ | | |
| 11 | May 20 2016 OCP BF agreement | Stipulated | | ✓ | | |
| 12 | Phrase 1 Bars 1 through 4 Emmanuel and CBOL compared | | Not Evidence, Improper Summary FRE 1006, FRE 403, Cumulative | Demo only | | |
| 13 | Phrase 2 Bars 5 through 8 Emmanuel and CBOL compared | | Not Evidence, Improper Summary FRE 1006, FRE 403, Cumulative | Demo only | | |
| 14 | Phrase 3 Bars 9 through 12 Emmanuel and CBOL compared | | Not Evidence, Improper Summary FRE 1006, FRE 403, Cumulative | Demo only | | |
| 15 | Phrase 3 Bars 9 through 11 of Emmanuel and bars 10 through 12 of CBOL compared | | Not Evidence, Improper Summary 1006, FRE 403, Cumulative | Demo only | | |
| 16 | Color coded three phrases of Emmanuel and CBOL | | Not Evidence, Improper Summary FRE 1006, FRE 403, Cumulative | Demo only | | |
| 17 | St Marys [sic] Ascot Hymnal reprint permission signed by L Boyd Oct 2019 | Stipulated | | ✓ | | |
| 18 | St Benedict School Hymn reprint permission OCP 54 to 57 signed by L Boyd Oct 2019 | Stipulated | | ✓ | | |

| No. | Description | Stipulated | Objs. | Pre-Admit<br>*Court Use* | Ident.<br>*Court Use* | Admit.<br>*Court Use* |
|---|---|---|---|---|---|---|
| 19 | Mechanical License for CBOL 2020 | Stipulated | | ✓ | | |
| 20 | Spreadsheet excerpt page OCP 2544 with Farrell | | Exhibit incomplete, Relevance FRE 401, FRE 403 | Ruling Reserved Redact pre-May 8, 2017 entries | | |
| 21 | Recording Emmanuel followed by CBOL Bars 1-4 (piano only) | | Exhibit combines multiple documents which should be broken up, FRE 403, Cumulative | Demo only | | |
| 22 | Recording Emmanuel followed by CBOL Bars 5-8 (piano only) | | Exhibit combines multiple documents which should be broken up, FRE 403, Cumulative | Demo only | | |
| 23 | Recording Emmanuel followed by CBOL Bars 9-12 (piano only) | | Exhibit combines multiple documents which should be broken up, FRE 403, Cumulative | Demo only | | |
| 24 | Recording Mary Had A Little Lamb (piano only) | Stipulated | | ✓ | | |
| 25 | OCP website offering CBOL Jan 15 2026 | Stipulated | | ✓ | | |
| 26 | OCP website offering CBOL Nov 8 2020 | Stipulated | | ✓ | | |
| 27 | Spreadsheet OCP 025897-025939 | | Relevance FRE 401, FRE 403, Exhibit incomplete | ✓ Redact pre-May 8, 2017 entries | | |

| No. | Description | Stipulated | Objs. | Pre-Admit<br>*Court Use* | Ident.<br>*Court Use* | Admit.<br>*Court Use* |
|---|---|---|---|---|---|---|
| 28 | Spreadsheet OCP  070182-071338 | Stipulated | | ✔ | | |
| 29 | Spreadsheet OCP 1 – 6 | Stipulated | | ✔ | | |
| 30 | Spreadsheet OCP 7 – 9 | Stipulated | | ✔ | | |
| 31 | Spreadsheet OCP 10-12 | Stipulated | | ✔ | | |
| 32 | Spreadsheet OCP 13-15 | Stipulated | | ✔ | | |
| 33 | Spreadsheet OCP 16 | Stipulated | | ✔ | | |
| 34 | Spreadsheet OCP 17-18 | Stipulated | | ✔ | | |
| 35 | CBOL license agreements by OCP | | Exhibit combines multiple documents which should be broken up, Relevance FRE 401, FRE 403 | Plaintiff to split into 35A- 35F | | |
| 35a | 5/16/2015 Mechanical License Agreement (p.1-2 of Ex 35) | | | ✔ | | |
| 35b | 11/27/2017 Mechanical License Agreement (p. 3-4 of Ex 35) | | | ✔ | | |
| 35c | 11/27/2017 Digital Photorecrod Delivery License Agreement (p.5-6 of Ex 35) | | | ✔ | | |
| 35d | 5/16/2018 Reprint License Agreement (p.7-8 of Ex 35) | | | ✔ | | |
| 35e | 4/4/2017 Reprint License Agreement (p.9-10 of Ex 35) | | | ✔ | | |
| 35f | 4/5/2018 Correspondence Re: Publication Requests (p.11-18 of Ex 35) | | | ✔ | | |
| 35g | 8/16/2017 Reprint License Agreement (p. 19-20 of Ex 35) | | | ✔ | | |
| 36 | Spreadsheet  OCT 87-104 | Stipulated | | ✔ | | |
| 37 | [Royalties records – not yet received from defts] | Stipulated | | ✔ | | |

| No. | Description | Stipulated | Objs. | Pre-Admit *Court Use* | Ident. *Court Use* | Admit. *Court Use* |
|-----|-------------|------------|-------|-----------|--------|--------|
| 38 | Alstott letter Dec. 31, 2016 | | Relevance FRE 401, FRE 403, Hearsay FRE 802, Authenticity, Not Timely Disclosed, Exhibit does not match description, Excluded by Court. | **X** | | |
| 39 | Alstott letter Feb. 23, 2017 | | Relevance FRE 401, FRE 403, Hearsay FRE 802, Authenticity, Not Timely Disclosed, Exhibit does not match description, Excluded by Court. | **X** | | |
| 40 | World Library Publications Seasonal Missalette | Stipulated | | ✔ | | |
| 41 | Emmanuel Detailed Record View _ U.S. Copyright Office Public Records System | | Authenticity, Exhibit does not match description, Wrong exhibit | Ruling reserved | | |
| 42 | Emmanuel original with copyright notice 1980 submitted to US Copyright Ofc [sic] 2019 | | Authenticity, Wrong exhibit, Exhibit does not match description, Not timely disclosed | Withdrawn | | |

| No. | Description | Stipulated | Objs. | Pre-Admit *Court Use* | Ident. *Court Use* | Admit. *Court Use* |
|---|---|---|---|---|---|---|
| | **DEFENDANTS' TRIAL EXHIBITS** | | | | | |
| 101 | Copyright Office Deposit Copy of Emmanuel, PA 2-231-246 | | FRE 403; incomplete | ✓ | | |
| 102 | Sheet Music: Christ, Be Our Light | | FRE 403 re arrangements; FRE 802 re p. 6 | ✓ (with redactions of performance notes and dedication) | | |
| 103 | Physical Exhibit: Christ, Be Our Light CD | | Not supplied to Plaintiff; FRE 403 | ✓ | | |
| 104 | Physical Exhibit: Breaking Bread Missal | | Not supplied to Plaintiff | ✓ | | |
| 105 | Physical Exhibit: Glory & Praise Missal | | Not supplied to Plaintiff | ✓ | | |
| 106 | Physical Exhibit: I Will Sing CD, Cover A | Stipulated | | ✓ | | |
| 107 | Physical Exhibit: I Will Sing CD, Cover B | Stipulated | | ✓ | | |
| 108 | Physical Exhibit: Book: Keyboard and Harmony Improvisation | | Not supplied to Plaintiff | Ruling reserved | | |
| 109 | Physical Exhibit: St. Augustine Hymnal, 1st Ed. (2011) | | FRE 401-403 | ✓ | | |
| 110 | Physical Exhibit: St. Augustine Hymnal, 2nd Ed. (2014) | | FRE 401-403 | ✓ | | |
| 111 | Physical Exhibit: St. Augustine Hymnal, 2nd Revised Ed. (2015) | | FRE 401-403 | ✓ | | |
| 112 | March 30, 1994 Agreement bearing Bates Nos. OCP000037 - OCP000042, Deposition Exhibit Farrell 1 | Stipulated | | ✓ | | |
| 113 | February 15, 2017 Settlement and Release Agreement, Dkt. 9-2 | | FRE 401-403 | ✓ | | |
| 114 | February 16, 2017 License, bearing Bates Nos. OCP000105 - OCP000115 | | FRE 401-403 | ✓ | | |
| 115 | Certified Certificate of Registration for I Will Sing Songbook, Registration No. PA 525-379, bearing Bates Nos. Ambrosetti00002 - Ambrosetti00005 | Stipulated | | ✓ | | |

| No. | Description | Stipulated | Objs. | Pre-Admit *Court Use* | Ident. *Court Use* | Admit. *Court Use* |
|---|---|---|---|---|---|---|
| 116 | Sheet Music: A Season of Light; Emmanuel, One in Faith | | Incomplete copy; cutoff | ✔ | | |
| 117 | Sheet Music: All On The Dawns | | Not supplied in discovery | ✔ | | |
| 118 | Sheet Music: Alleluia A New World is Come on Hand | | Not supplied in discovery | ✔ | | |
| 119 | Sheet Music: Amazing Grace! | | Not supplied in discovery | ✔ | | |
| 120 | Sheet Music: At The Name Of Jesus, bearing Bates Nos. OCP025849 - OCP025849 | Stipulated | | ✔ | | |
| 121 | Sheet Music: Awake, Awake To Love And Work | Stipulated | | ✔ | | |
| 122 | Sheet Music: Christ, Be Our Light, Dkt. 101-1 | | FRE 403 | ✔ | | |
| 123 | Sheet Music: Christ, Be Our Light, Deposit Copy | | Dup of Ex. 102; cumulative FRE 403 re arrangements; FRE 802 re p. 6 | ✔ (with redactions of performance notes and dedication) | | |
| 124 | Sheet Music: Christ, Be Our Light, Deposition Exhibit Ambrosetti 16 | Stipulated | | ✔ | | |
| 125 | Sheet Music: Christmas Oratorio | | Not supplied in discovery | ✔ | | |
| 126 | Sheet Music: Consolation | | Not supplied in discovery | ✔ | | |
| 127 | Sheet Music: Consolation, Historic Scan | | Not supplied in discovery | ✔ | | |
| 128 | Sheet Music: Early in the Morning from Singing Holy!, excerpt of Emmanuel, Deposition Exhibit Ambrosetti 1 | | FRE 403; incomplete | **X** | | |
| 129 | Sheet Music: Emmanuel and Christ, Be Our Light, Deposition Exhibit Ferrara 30 | | FRE 403 | Ruling Reserved | | |
| 130 | Sheet Music: Emmanuel and Sweet Child Jesus, Deposition Exhibit Ambrosetti 10 | Stipulated | | ✔ | | |
| 131 | Sheet Music: Emmanuel Music Only, bearing Bates No. AMBROSETTI20 | | FRE 403; incomplete | Withdrawn | | |

| No. | Description | Stipulated | Objs. | Pre-Admit<br>*Court Use* | Ident.<br>*Court Use* | Admit.<br>*Court Use* |
|---|---|---|---|---|---|---|
| 132 | Sheet Music: Emmanuel, Deposition Exhibit Ambrosetti 11 | Stipulated | | ✓ | | |
| 133 | Sheet Music: Emmanuel, Deposition Exhibit Ambrosetti 15 | Stipulated | | ✓ | | |
| 134 | Sheet Music: Emmanuel, Deposition Exhibit Ambrosetti 7 | Stipulated | | ✓ | | |
| 135 | Sheet Music: Emmanuel, Emmanuel Book | | FRE 401-402 | ✓ | | |
| 136 | Sheet Music: Emmanuel, Fall Choral Reading Sessions, Deposition Exhibit Ambrosetti 14 | Stipulated | | ✓ | | |
| 137 | Sheet Music: Emmanuel, handwritten, Guitar and Voice version, Deposition Exhibit Ambrosetti 4 | Stipulated | | ✓ | | |
| 138 | Sheet Music: Emmanuel, handwritten, Guitar and Voice version, Deposition Exhibit Ambrosetti 5 | Stipulated | | ✓ | | |
| 139 | Sheet Music: Emmanuel, I Will Sing Cover, bearing Bates No. Ambrosetti00006 - Ambrosetti00023 | | FRE 401-402; FRE 403 | ✓ | | |
| 140 | Sheet Music: Emmanuel, I Will Sing Cover, Deposition Exhibit Ambrosetti 12 | | Incomplete; FRE 403 | ✓ | | |
| 141 | Sheet Music: Emmanuel, I Will Sing Cover, Deposition Exhibit Ambrosetti 13 | | Incomplete; FRE 403; FRE 401-402 | ✓ | | |
| 142 | Sheet Music: Emmanuel, I Will Sing London Orchestra | | Dup of Exh 132; cumulative | ✓ | | |
| 143 | Sheet Music: Emmanuel, I Will Sing Spiral | | Incomplete; FRE 403; FRE 401-402 | ✓ | | |
| 144 | Sheet Music: Emmanuel, I Will Sing VGK Book | | Incomplete; FRE 403; Dup of 140 p. 2; cumulative | ✓ | | |
| 145 | Sheet Music: Emmanuel, Lamb Cover, Deposition Exhibit Ambrosetti 8 | | Incomplete; FRE 403; FRE 401-402 | ✓ | | |
| 146 | Sheet Music: Emmanuel, Let Us Sing Assembly | Stipulated | | ✓ | | |

| No. | Description | Stipulated | Objs. | Pre-Admit *Court Use* | Ident. *Court Use* | Admit. *Court Use* |
|---|---|---|---|:---:|---|---|
| 147 | Sheet Music: Emmanuel, Let Us Sing Assessment Book | | Incomplete; FRE 403; FRE 401-402 | ✓ | | |
| 148 | Sheet Music: Excerpt of Emmanuel, Pastoral Choral Collection, Choral Sampler 1997 | | Incomplete; FRE 403; FRE 401-402 | ✓ | | |
| 149 | Sheet Music: Emmanuel, Pastoral Choral Collection, Deposition Exhibit Ambrosetti 9 | | Incomplete; FRE 403; FRE 401-402 | ✓ | | |
| 150 | Sheet Music: Emmanuel, SATB, Accompanied | | Incomplete; FRE 403 | ✓ | | |
| 151 | Sheet Music: Emmanuel, SATB, accompanied, Deposition Exhibit Ambrosetti 3 | | Incomplete; FRE 403; Dup. of 150; cumulative | ✓ | | |
| 152 | Sheet Music: Enviado soy de Dios, El Himmario Presbiteriano, bearing Bates No. OCP025843 - OCP025845 | Stipulated | | ✓ | | |
| 153 | Sheet Music: Fare Ye Well Lovely Nancy, bearing Bates No. OCP025854 - OCP025854 | Stipulated | | ✓ | | |
| 154 | Sheet Music: Farewell, Ungrateful Traitor, The British Broadside Ballad and Its Music | | Not supplied in discovery | ✓ | | |
| 155 | Sheet music: Black-Eyed Susan, bearing Bates Nos. OCP 025855 - OCP 025855 | Stipulated | | ✓ | | |
| 156 | Sheet Music: Fly Me To The Moon | | Not supplied in discovery | ✓ | | |
| 157 | Sheet Music: Huron Carol | Stipulated | | ✓ | | |
| 158 | Sheet Music: Hymn to St Cecilia | | Not supplied in discovery | ✓ | | |
| 159 | Sheet Music: I Love Rock n Roll | | Not supplied in discovery | ✓ | | |
| 160 | Sheet Music: If Thou But Trust in God to Guide Thee | | Not supplied in discovery | ✓ | | |
| 161 | Sheet Music: If Ye Love Me | | Not supplied in discovery | ✓ | | |
| 162 | Sheet Music: It's Not Unusual | | Not supplied in discovery | ✓ | | |

| No. | Description | Stipulated | Objs. | Pre-Admit *Court Use* | Ident. *Court Use* | Admit. *Court Use* |
|---|---|---|---|---|---|---|
| 163 | Sheet Music: Joy to the World | | Not supplied in discovery | ✓ | | |
| 164 | Sheet Music: La Paz Del Senor | | Not supplied in discovery | ✓ | | |
| 165 | Sheet Music: Like a River Glorious | | Not supplied in discovery | ✓ | | |
| 166 | Sheet Music: Live and Let Die | | Not supplied in discovery | ✓ | | |
| 167 | Sheet Music: Missa Brevis | | Not supplied in discovery | ✓ | | |
| 168 | Sheet Music: O Holy Spirit Comforter, bearing Bates Nos. OCP025858 - OCP025858 | Stipulated | | ✓ | | |
| 169 | Sheet Music: O God of Every Nation, bearing Bates Nos. OCP 025865 - OCP 025867 | Stipulated | | ✓ | | |
| 170 | Sheet Music: O Taste and See | | Not supplied in discovery | Withdrawn | | |
| 171 | Sheet Music: Requiem | | Not supplied in discovery | Withdrawn | | |
| 172 | Sheet Music: Saints' Days: St. Paul, bearing Bates Nos. OCP025865 - OCP025867 | Stipulated | | ✓ | | |
| 173 | Sheet Music: Somewhere Over the Rainbow | | Not supplied in discovery | ✓ | | |
| 174 | Sheet Music: Surfer Girl | | Not supplied in discovery | ✓ | | |
| 175 | Sheet Music: Take Me Out to the Ball Game | | Not supplied in discovery | ✓ | | |
| 176 | Sheet Music: Take Up Your Cross (Erhalt uns Herr), bearing Bates Nos. OCP025847 - OCP025848 | Stipulated | | ✓ | | |
| 177 | Sheet Music: The God of Abraham Praise | | Not supplied in discovery | ✓ | | |
| 178 | Sheet Music: The Messiah | | Not supplied in discovery | ✓ | | |
| 179 | Sheet Music: Thomas the Rhymer | | Not supplied in discovery | Withdrawn | | |

| No. | Description | Stipulated | Objs. | Pre-Admit _Court Use_ | Ident. _Court Use_ | Admit. _Court Use_ |
|---|---|---|---|---|---|---|
| 180 | Sheet Music: Two Lines of Notes and Lyrics, Deposition Exhibit Ferrara 31 | Stipulated | | ✓ | | |
| 181 | Sheet Music: Two Lines of Notes and Lyrics, Deposition Exhibit Ferrara 32 | Stipulated | | ✓ | | |
| 182 | Sheet Music: Wakefield Jigg | Stipulated | | ✓ | | |
| 183 | Sheet Music: Wonderful Peace (Cornell) | | Not supplied in discovery | Withdrawn | | |
| 184 | Emmanuel, Choral Edition CD Cover | Stipulated | | ✓ | | |
| 185 | I Will Sing CD Back | Stipulated | | ✓ | | |
| 186 | I Will Sing Tape Back | Stipulated | | ✓ | | |
| 187 | Vince Ambrosetti/ILP Product List | Stipulated | | ✓ | | |
| 188 | Index of Vince Ambrosetti Octavos, Deposition Exhibit Ambrosetti 2 | Stipulated | | ✓ | | |
| 189 | Lyrics to Emmanuel Annotated, Deposition Exhibit Ambrosetti 6 | Stipulated | | ✓ | | |
| 190 | Reflections by Vince Ambrosetti, Missions, Workshops & Concerts, Deposition Exhibit Ambrosetti 17 | | FRE 801-802; FRE 403 | ✓ | | |
| 191 | Lyrics with Musical Downbeat Stresses Emphasized, Deposition Exhibit Ferrara 34 | | FRE 401-402; FRE 403 | ✓ | | |
| 192 | Cadential Sequence: Similar Music to Phrase 4 of Emmanuel | | FRE 401-402; FRE 403 | ✓ | | |
| 193 | Sound Recording: Emmanuel | | Multipart exhibit; FRE 401-402; FRE 403 | ✓ | | |
| 194 | Sound Recording: Christ, Be Our Light | | Multipart exhibit; FRE 401-402; FRE 403 | ✓ | | |
| 195 | Sound Recording: Huron Carol | | FRE 401-402; FRE 403 | ✓ | | |
| 196 | Sound Recording: Awake Awake to Love and Work | | FRE 401-402; FRE 403 | ✓ | | |

| No. | Description | Stipulated | Objs. | Pre-Admit Court Use | Ident. Court Use | Admit. Court Use |
|---|---|---|---|---|---|---|
| 197 | Sound Recording: Russian Easter Festival Overture | | FRE 401-402; FRE 403 | ✓ | | |
| 198 | Sound Recording: Chim Chim Cher-ee Excerpt | | FRE 401-402; FRE 403 | ✓ | | |
| 199 | Audio Clips of Musical Works, Interactive PDF | | FRE 401-402; FRE 403 | ✓ | | |
| 200 | Sound Recording: Christ, Be Our Light | | FRE 401-402; FRE 403 | ✓ | | |
| 201 | Video: Christ, Be Our Light (Official Lyric Video) | | FRE 401-402; FRE 403 | ✓ | | |
| 202 | Video: Hassalo to Lake Oswego "HALO" | | FRE 401-402; FRE 403; FRE 801-802 | X | | |
| 203 | Video: Hassalo to Lake Oswego 2 "HALO" | | FRE 401-402; FRE 403; FRE 801-802 | X | | |
| 204 | Video: Hassalo to Lake Oswego 3 "HALO" | | FRE 401-402; FRE 403; FRE 801-802 | X | | |
| 205 | Video: Holy Family Promotional Video | | FRE 401-402; FRE 403; FRE 801-802 | X | | |
| 206 | Video: Music that Serves Gods People - Adoro to Devote | | FRE 401-402; FRE 403; FRE 801-802 | X | | |
| 207 | Video: Music that Serves Gods People - Boundless Love | | FRE 401-402; FRE 403; FRE 801-802 | X | | |
| 208 | Video: Music that Serves Gods People - Enter the Journey | | FRE 401-402; FRE 403; FRE 801-802 | X | | |

| No. | Description | Stipulated | Objs. | Pre-Admit<br>Court Use | Ident.<br>Court Use | Admit.<br>Court Use |
|---|---|---|---|---|---|---|
| 209 | Video: Music that Serves Gods People - For the Beauty of the Earth | | FRE 401-402; FRE 403; FRE 801-802 | **X** | | |
| 210 | Video: Music that Serves Gods People - Here I Am, Lord | | FRE 401-402; FRE 403; FRE 801-802 | **X** | | |
| 211 | Video: Music that Serves Gods People - Isaiah 49 | | FRE 401-402; FRE 403; FRE 801-802 | **X** | | |
| 212 | Video: Music that Serves Gods People - Our God is Here | | FRE 401-402; FRE 403; FRE 801-802 | **X** | | |
| 213 | Video: Music that Serves Gods People - Rain Down | | FRE 401-402; FRE 403; FRE 801-802 | **X** | | |
| 214 | Video: Music that Serves Gods People - See Amid the Winters Snow | | FRE 401-402; FRE 403; FRE 801-802 | **X** | | |
| 215 | Video: Music that Serves Gods People - There is a Longing | | FRE 401-402; FRE 403; FRE 801-802 | **X** | | |
| 216 | Video: Music that Serves Gods People - Ubi Caritas | | FRE 401-402; FRE 403; FRE 801-802 | **X** | | |
| 217 | Video: OCP 100th Anniversary | | FRE 401-402; FRE 403; FRE 801-802 | **X** | | |
| 218 | Video: OCP All Staff Gathering 2025 | | FRE 401-402; FRE 403; FRE 801-802 | **X** | | |

| No. | Description | Stipulated | Objs. | Pre-Admit *Court Use* | Ident. *Court Use* | Admit. *Court Use* |
|---|---|---|---|---|---|---|
| 219 | Video: OCP Celebrates 100 Years | | FRE 401-402; FRE 403; FRE 801-802 | **X** | | |
| 220 | Video: OCP Missals | | FRE 401-402; FRE 403; FRE 801-802 | **X** | | |
| 221 | Video: Piano and Violin Music | | FRE 401-402; FRE 403; FRE 801-802 | **X** | | |
| 222 | Video: St. Leo Promotion | | FRE 401-402; FRE 403; FRE 801-802 | **X** | | |
| 223 | Video: The OCP Story | | FRE 401-402; FRE 403; FRE 801-802 | **X** | | |
| 224 | Video: Unity featuring Jesse Manibusan | | FRE 401-402; FRE 403; FRE 801-802 | **X** | | |
| 225 | Video: Unity featuring Tom Booth | | FRE 401-402; FRE 403; FRE 801-802 | **X** | | |
| 226 | Video: Vince Ambrosetti (Lyric Video) | Stipulated | | ✓ | | |
| 227 | Video: Worship Song | | FRE 401-402; FRE 403; FRE 801-802 | **X** | | |
| 228 | Gustar, Andrew, "The Life and Times of Black-Ey'd Susan: The Story of an English Ballad", Folk Music Journal 10(4):432-448 | | FRE 401-402; FRE 403; FRE 801-802 | ✓ | | |

| No. | Description | Stipulated | Objs. | Pre-Admit *Court Use* | Ident. *Court Use* | Admit. *Court Use* |
|---|---|---|---|---|---|---|
| 229 | About Us, OCP, https://www.ocp.org/en-us/about-us | | FRE 401-402; FRE 403; FRE 801-802 | **X** | | |
| 230 | Accessories, OCP, https://www.ocp.org/en-us/accessories | | FRE 401-402; FRE 403 | **Withdrawn** | | |
| 231 | Bernadette Farrell Collections, OCP, https://www.ocp.org/en-us/blog/entry/bernadette-farrell-collections | | FRE 801-802 to text portion | ✔ (with redactions of text portions) | | |
| 232 | Bernadette Farrell, OCP, https://www.ocp.org/en-us/artists/1092/bernadette-farrell | | FRE 801-802 to text portion | ✔ (with redactions of text portions) | | |
| 233 | Breaking Bread Digital Music Library, OCP, https://www.ocp.org/en-us/breaking-bread-digital | Stipulated | | ✔ | | |
| 234 | Breaking Bread, OCP, https://www.ocp.org/en-us/missals/BB/breaking-bread | Stipulated | | ✔ | | |
| 235 | Christ, Be Our Light, OCP, https://www.ocp.org/en-us/collections/dg/162/christ-be-our-light | | FRE 801-802 to text portion | ✔ (with redactions of text portions) | | |
| 236 | Emmanuel - Vince Ambrosetti (Lyric Video), YouTube, https://www.youtube.com/watch?v=e71Lp6bSPnQ | Stipulated | | ✔ | | |
| 237 | History, OCP, https://www.ocp.org/en-us/history | | FRE 401-402; FRE 403; FRE 801-802 | ✔ | | |
| 238 | Home, OCP, https://www.ocp.org/en-us | Stipulated | | ✔ | | |
| 239 | Hymnals, OCP, https://www.ocp.org/en-us/hymnals | Stipulated | | ✔ | | |
| 240 | Missals, OCP, https://www.ocp.org/en-us/missals | Stipulated | | ✔ | | |
| 241 | Multilingual Resources, OCP, https://www.ocp.org/en-us/multilingual-resources | | FRE 401-402; FRE 403; FRE 801-802 | **X** | | |

| No. | Description | Stipulated | Objs. | Pre-Admit _Court Use_ | Ident. _Court Use_ | Admit. _Court Use_ |
|---|---|---|---|---|---|---|
| 242 | Music Submission, OCP, https://www.ocp.org/en-us/submit-music | | FRE 401-402; FRE 403; FRE 801-802 | X | | |
| 243 | Online Preview of St. Augustine Hymnal (2d. Ed, Revised 2022), https://s3.us-east-2.amazonaws.com/ilpmusic.org/pdf-preview/Saint%20Augustine%20Hymnal%20w%20Lectionary%20REVISED_WEBPREVIEW.pdf | | FRE 401-403 | ✔ | | |
| 244 | Online Preview of St. Augustine Hymnal (2d Ed. 2014), https://www.ilpmusic.org/Merchant2/musicbooks/HCwoLectCombined.pdf | | FRE 401-403 | ✔ | | |
| 245 | Online Preview of St. Augustine Hymnal SATB Choral Book (2015), https://www.ilpmusic.org/Merchant2/musicbooks/SaintAugustineHymnalSATB2previewcopy.pdf | | FRE 401-403 | ✔ | | |
| 246 | Royalty Statements for Emmanuel issued November 1994 to October 1995, Deposition Exhibit Ambrosetti 21 | Stipulated | | ✔ | | |
| 247 | February 15, 2017 to December 31, 2020 Christ, Be Our Light Merchandise Sales and Royalties, bearing Bates Nos. OCP025897 - OCP025939, Deposition Exhibit Wisler 29 | Stipulated | | ✔ | | |
| 248 | List of Emmanuel Compositions with Royalties redacted, bearing Bates Nos. Ambrosetti001001 - Ambrosetti001001, Deposition Exhibit Ambrosetti 20 | Stipulated | | ✔ | | |
| 249 | 2022 Manufacturing Royalties Deductible Costs, bearing Bates Nos. OCP025941 - OCP025941, Deposition Exhibit Wisler 31 | Stipulated | | ✔ | | |
| 250 | 7/1/2017-6/30/2018 Royalty Statement, bearing Bates Nos. OCP000960 - OCP000989 | | FRE 401-403 | ✔ | | |

| No. | Description | Stipulated | Objs. | Pre-Admit *Court Use* | Ident. *Court Use* | Admit. *Court Use* |
|---|---|---|---|---|---|---|
| 251 | April 21, 2021 OCP's Quarterly Royalty Statement from 1/2021 to 3/2021 to Bernadette Farrell, bearing Bates Nos. OCP025832 - OCP025896 | Stipulated | | ✔ | | |
| 252 | Breaking Bread Sales as of 12/31/2021, bearing Bates Nos. OCP025942 - OCP025942, Deposition Exhibit Wisler 32 | Stipulated | | ✔ | | |
| 253 | ILP Royalty Statements 7/1/2016-6/30/2017, bearing Bates Nos. OCP000779 - OCP000786 | | FRE 401-403 | ✔ | | |
| 254 | Revised 7/1/2015-6/30/2016 Royalties Report, bearing Bates Nos. OCP000886 - OCP000891 | | FRE 401-403 | ✔ | | |
| 255 | OCP Revenues CBL 2017-2025 | | Only supplied to Plaintiff on 2/3/26; still reviewing | ✔ | | |
| 256 | OCP's Responses to Ambrosetti's Revised First Set of Requests for Admissions | Stipulated | | ✔ | | |
| 257 | Ambrosetti's Second Response to OCP's First Set of Requests for Admissions | Stipulated | | ✔ | | |
| 258 | Farrell's Response to Plaintiff's Second Set of Interrogatories, Deposition Exhibit Farrell 11 | | FRE 801-802 | Withdrawn as exhibit, but may be used on cross | | |
| 259 | Plaintiff's Rule 26(a)(1) Initial Disclosures | | FRE 401-402; FRE 403 | Withdrawn as exhibit, but may be used on cross | | |
| 260 | Ambrosetti's Answers to Defendants' Fourth Set of Interrogatories | Stipulated | | ✔ | | |
| 261 | Ambrosetti's Answers to Defendants' Second Set of Interrogatories | | FRE 401-402 | X, but may be used on cross | | |
| 262 | Ambrosetti's Objections to Defendants' First Set of Interrogatories | | FRE 401-402; FRE 403 | X, but may be used on cross | | |

| No. | Description | Stipulated | Objs. | Pre-Admit _Court Use_ | Ident. _Court Use_ | Admit. _Court Use_ |
|---|---|---|---|---|---|---|
| 263 | Ambrosetti's Response to Defendants' First Set of Request for Admission | | FRE 401-402; FRE 403 | X. but may be used on cross or provided for the Court to read to the jury in the form of a statement | | |
| 264 | Demonstratives for Opening Statement | | Not supplied to Plaintiff as of 2/4/26 | Demo only | | |
| 265 | Demonstratives for Cross Examination of Vincent Ambrosetti | | Not supplied to Plaintiff as of 2/4/26 | Demo only | | |
| 266 | Demonstratives for Cross Examination of Lawrence Ferrara | | Not supplied to Plaintiff as of 2/4/26 | Demo only | | |
| 267 | Demonstratives for Direct Examination of Owen Alstott | | Not supplied to Plaintiff as of 2/4/26 | Demo only | | |
| 268 | Demonstratives for Direct Examination of Bernadette Farrell | | Not supplied to Plaintiff as of 2/4/26 | Demo only | | |
| 269 | Demonstratives for Direct Examination of Judith Finell | | Not supplied to Plaintiff as of 2/4/26 | Demo only | | |
| 270 | Demonstratives for Direct Examination of Wade Wisler | | Not supplied to Plaintiff as of 2/4/26 | Demo only | | |
| 271 | Demonstratives for Closing Argument | | Not supplied to Plaintiff as of 2/4/26 | Demo only | | |
| 272 | Composer/Publisher Agreement, bearing Bates Nos. OCP000044 - OCP000051 | Stipulated | | ✓ | | |
| 273 | Digital Worship Resources Catalog 2025-2026, OCP, https://www.ocp.org/en-us/catalog-request | | FRE 401-402; FRE 403; FRE 801-802 | ✓ | | |
| 274 | Correspondence: Feb. 28, 2014 Letter V. Ambrosetti to J. Limb, re: List of CREDO Hymnal Titles | | FRE 401-402; FRE 403 | Withdrawn | | |

| No. | Description | Stipulated | Objs. | Pre-Admit<br>*Court Use* | Ident.<br>*Court Use* | Admit.<br>*Court Use* |
|---|---|---|---|---|---|---|
| 275 | Christ Be Our Light Royalties 2021-2025 | | Only supplied to Plaintiff on 2/3/26; still reviewing | ✔ | | |
| 276 | Sound Recording: Emmanuel, melody only | | | ✔ | | |
| 277 | Sound Recoding: Emmanuel, verse, melody only | | | ✔ | | |
| 278 | Sound Recording: Emmanuel, verse phrase 1, melody only | | | ✔ | | |
| 279 | Sound Recording: Emmanuel, verse phrase 2, melody only | | | ✔ | | |
| 280 | Sound Recording: Emmanuel, verse phrase 3, melody only | | | ✔ | | |
| 281 | Sound Recording: Emmanuel, verse phrase 4, melody only | | | ✔ | | |
| 282 | Sound Recording: Christ, Be Our Light, melody only | | | ✔ | | |
| 283 | Sound Recording: Christ, Be Our Light, verse, melody only | | | ✔ | | |
| 284 | Sound Recording: Christ, Be Our Light, verse phrase 1, melody only | | | ✔ | | |
| 285 | Sound Recording: Christ, Be Our Light, verse phrase 2, melody only | | | ✔ | | |
| 286 | Sound Recording: Christ, Be Our Light, verse phrase 3, melody only | | | ✔ | | |
| 287 | Sound Recording: Christ, Be Our Light, verse phrase 4, melody only | | | ✔ | | |

DATED: March 6, 2026

/s/ Donald J. Schmid
_____
Donald J. Schmid (*pro hac vice*)
schmid@donaldschmidlaw.com
Parna A. Mehrbani, OSB No. 053235
parna.mehrbani@tonkon.com
Stephanie J. Grant, OSB No. 154957
stephanie.grant@tonkon.com

*Attorneys for Plaintiff Vincent A.*
*Ambrosetti*

/s/ Joshua L. Simmons
_____
Joshua L. Simmons (*pro hac vice*)
joshua.simmons@kirkland.com
Miranda D. Means (*pro hac vice*)
miranda.means@kirkland.com
Yungmoon Chang (*pro hac vice*)
yungmoon.chang@kirkland.com
Jeremy King (*pro hac vice*)
jeremy.king@kirkland.com
Michael Willes, OSB No. 141806
michael@willes-law.com

*Attorneys for Defendants Oregon Catholic*
*Press and Bernadette Farrell*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 6th day of March 2026, I caused a true and correct

copy of the foregoing document to be electronically filed with the Clerk of the Court using

CM/ECF, which will send notification of such filing to all counsel of record.

*/s/ Joshua L. Simmons*

Joshua L. Simmons (*pro hac vice*)
joshua.simmons@kirkland.com
Miranda D. Means (*pro hac vice*)
miranda.means@kirkland.com
Yungmoon Chang (*pro hac vice*)
yungmoon.chang@kirkland.com
Jeremy King (*pro hac vice*)
jeremy.king@kirkland.com
Michael Willes, OSB No. 141806
michael@willes-law.com

*Attorneys for Defendants Oregon Catholic Press and Bernadett Farrell*