**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| VINCENT A. AMBROSETTI,<br><br>    Plaintiff,<br><br>  v.<br><br>OREGON CATHOLIC PRESS AND<br>BERNADETTE FARRELL<br><br>    Defendants. | Case No.: 3:21-cv-00211-IM<br><br><br>**COURT'S PROPOSED VERDICT FORM** |

We, the jury, being duly empaneled and sworn in the above-entitled cause, do find as follows:

## COPYRIGHT INFRINGEMENT

### Defendant Bernadette Farrell

**Question 1.** Did Plaintiff Vincent A. Ambrosetti prove by a preponderance of the evidence that Defendant Bernadette Farrell infringed a valid copyright of Mr. Ambrosetti in 'Emmanuel' through her composition and then distribution of 'Christ, Be Our Light'?

   YES _____    NO __✓__

*If you answered yes to question 1, please proceed to question 2.  If you answered no to question 1, please proceed to question 4.*

**Question 2.** Did Bernadette Farrell prove by a preponderance of the evidence any of the below affirmative defenses to the copyright infringement claim?

      Independent Creation: YES _____ NO _____

      Waiver:          YES _____ NO _____

      Estoppel:        YES _____ NO _____

COURT'S PROPOSED VERDICT FORM - 1

*If you answered yes to the affirmative defense of **independent creation**, please sign and date this form without answering any further questions. If you answered yes to either of the affirmative defenses of **waiver** or **estoppel**, please proceed to question 4. If you answered no to all three affirmative defenses, please proceed to question 3.*

**Question 3.** If you answered yes to question 1 and no to all three affirmative defenses in question 2, what is the dollar amount of Ms. Farrell's profits, if any, attributable to her infringement of protectable elements from 'Emmanuel' from May 8, 2017 to today?

$ _____

*Please proceed to question 4.*

## Defendant Oregon Catholic Press

**Question 4.** Did Plaintiff Vincent A. Ambrosetti prove by a preponderance of the evidence that Defendant Oregon Catholic Press infringed a valid copyright of Mr. Ambrosetti in 'Emmanuel' through the publication and distribution of 'Christ, Be Our Light'?

YES \_\_\_\_     NO ✓

*If you answered yes to question 4, please proceed to question 5. If you answered no to question 4, please sign and date this form without answering further questions.*

**Question 5.** Did Oregon Catholic Press prove by a preponderance of the evidence any of the below affirmative defenses to the copyright infringement claim?

Waiver:          YES _____ NO _____

Estoppel:        YES _____ NO _____

*If you answered no to both affirmative defenses, please proceed to question 6. If you answered yes to either affirmative defense, please sign and date this form without answering further questions.*

**Question 6.** If you answered yes to question 4 and no to both affirmative defenses in question 5, what is the dollar amount of Oregon Catholic Press's profits, if any, attributable to its infringement of protectable elements from 'Emmanuel' from May 8, 2017 to today?

$ _____

*Please proceed to question 7.*

COURT'S PROPOSED VERDICT FORM - 2

**Question 7.** If you listed a dollar amount in your answer to question 6, what portion, if any, is based on Oregon Catholic Press's licensing of 'Christ, Be Our Light'?

$ _____

*When you have finished answering the questions, please sign and date this form and provide to the Court.*

\* \* \*

DATED this 20 day of March, 2026

_____
Presiding Juror

COURT'S PROPOSED VERDICT FORM - 3